M    329941                    7/15/19

BL

# MARSHAL'S NOTICE OF LEVY AND SALE

SUPREME COURT OF THE STATE OF NEW YORK

COUNTY OF NEW YORK          18-CV-09849(E)

BEVERLY CRAWFORD                          **Judgment Creditor**

NAILS ON 7TH BY JENNY INC.INDI
& DBA JENNY'S SPA,NAILS ON 7TH          **Judgment Debtor**
II BY JENNY INC.INDIV.& DBA JENNY'S SPA
2449 ADAM CLAYTON          + NGUYEN BUI INDIV.
POWELL JR.BLVD
NEW YORK          NY 10030

**MARTIN A. BIENSTOCK**
CITY MARSHAL
Badge No. 75

36-35 BELL BOULEVARD
P.O. BOX 610700
BAYSIDE, NEW YORK 11361-0700
TEL. (718) 279-3660
FAX. (718) 423-0014

**BY VIRTUE OF AN EXECUTION** issued out of the above Court to me directed and delivered:
PLEASE TAKE NOTICE that I have this day LEVIED upon and will expose for SALE at PUBLIC AUCTION, all the
right, title and interest which the defendant had on this day, or at any time thereafter, in and to the following
described chattels, sufficient to satisfy the execution together with Marshal's fees and expenses.

## INVENTORY

ALL ASSETS ON PREMISES BELONGING TO THE DEFENDANT ARE SUBJECT TO MY LEVY

Any money due to the above named
defendant through rent, escrow or any
other means, to be turned over to MY
OFFICE

SALE:  8/3/19
Date

Time  9A

Judgment
and Fees $  82,209.68

PLUS expenses
and interest
calculated daily

Dated. New York.

7/23/19

PAY IN FULL 72 HOURS BEFORE SALE
DATE OR SALE WILL BE ADVERTISED AT
YOUR EXPENSE.

ALWAYS INCLUDE
THIS DOCKET NO.
ON ALL PAYMENTS. 

M    329941

Payments to be made by
MONEY ORDER or CERTIFIED CHECK
payable ONLY to:

**City Marshal**
**Martin A. Bienstock**
7/18/19          ORAZIO

**WARNING**
Any one who defaces this legal notice or causes same
to be defaced in any way is guilty of a misdemeanor and will
be punished to the full extent of the law.

File #